# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hanen, Andrew S. | United States District Court - Texas | 05/6/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Judge Andrew S. Hanen
United States Courthouse
600 E. Harrison St., #301
Brownsville, Texas 78520

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/6/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/6/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/6/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Account #1 | A | Int./Div. | M | T | | | | | |
| 2. -Bk of America RASP | | | | | | | | | |
| 3. -Apple | | | | | | | | | |
| 4. -I Shares Biotech | | | | | Buy | 11/10/15 | J | | |
| 5. -I Shares Biotech | | | | | Sold (part) | 12/04/15 | J | A | |
| 6. -Vanguard Consumer STPL | | | | | | | | | |
| 7. -Vanguard Materials | | | | | Buy | 11/10/15 | J | | |
| 8. -Vanguard Materials | | | | | Sold (part) | 12/04/15 | J | A | |
| 9. -Vanguard Energy | | | | | Buy | 11/10/15 | J | | |
| 10. -Vanguard Energy | | | | | Sold (part) | 12/04/15 | J | A | |
| 11. -Vanguard Consumer Dis. | | | | | | | | | |
| 12. -Vanguard Consumer Dis. | | | | | Sold (part) | 11/10/15 | K | C | |
| 13. -Vanguard Consumer Dis. | | | | | Sold (part) | 12/04/15 | J | A | |
| 14. -Vanguard Ind | | | | | | | | | |
| 15. -Vanguard Ind | | | | | Sold (part) | 11/10/15 | J | A | |
| 16. -Vanguard Ind | | | | | Sold (part) | 12/04/15 | J | A | |
| 17. -Health Care Select SPDR Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/6/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Health Care Select SPDR Fund | | | | | Sold (part) | 11/10/15 | J | B | |
| 19. -Health Care Select SPDR Fund | | | | | Buy | 12/04/15 | J | | |
| 20. -Spdr Financial | | | | | | | | | |
| 21. -Spdr Financial | | | | | Buy | 11/10/15 | J | | |
| 22. -Spdr Financial | | | | | Sold (part) | 12/04/15 | J | A | |
| 23. -Vanguard Info | | | | | | | | | |
| 24. -Vanguard Info | | | | | Sold (part) | 11/10/15 | J | C | |
| 25. -First TR Exchange Trade | | | | | Buy | 11/10/15 | J | | |
| 26. -First TRISE Cloud | | | | | Buy | 11/10/15 | J | | |
| 27. -First TRISE Cloud | | | | | Sold (part) | 12/04/15 | J | A | |
| 28. -Consumer Dis (XLY) | | | | | Buy | 11/10/15 | J | | |
| 29. -Consumer Dis (XLY) | | | | | Buy | 12/04/15 | J | | |
| 30. Retirement Account #1 | B | Int./Div. | O | T | | | | | |
| 31. -Fidelity Short Term Bond Fund | | | | | | | | | |
| 32. -BMO Short Term Intermediate Bond | | | | | | | | | |
| 33. -Dartmouth College Bonds | | | | | | | | | |
| 34. -Barclay Bank Bonds | | | | | Redeemed | 04/07/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/6/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Microsoft Bonds | | | | | | | | | |
| 36. -Walmart Bonds | | | | | | | | | |
| 37. -Goldman Sachs Bonds | | | | | | | | | |
| 38. -George Washington Uni. Bond | | | | | | | | | |
| 39. -Fidelity Cash Reserves | | | | | | | | | |
| 40. -Fidelity Contra Fund | | | | | Buy | 08/11/15 | J | | |
| 41. -Fidelity Equity | | | | | Buy | 08/11/15 | J | | |
| 42. -Fidelity Dividend | | | | | Buy | 08/11/15 | J | | |
| 43. -Fidelity Blue Chip | | | | | Buy | 08/11/15 | J | | |
| 44. Brokerage Account #1 | | | | | | | | | |
| 45. -Port Neches Grove ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 46. -Brownsville Tx Uty Systm. Municipal Bonds | C | Interest | | | Redeemed | 09/01/15 | L | A | |
| 47. -Hutto Tex. ISD Muncipal Bonds | C | Interest | M | T | | | | | |
| 48. -Burleson Tex ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 49. -MS Tax Free Income Trust | A | Dividend | N | T | | | | | |
| 50. Brokerage Account #2 | | | | | | | | | |
| 51. -Harris Houston Tex. Sprt Municipal Bonds | B | Interest | | | Redeemed | 01/28/15 | M | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/6/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Lower Col. Riv. Auth. Municipal Bonds | A | Interest | J | T | | | | | |
| 53. -Lancaster ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 54. -N. Tex. Twy. Auth. Municipal Bonds | C | Interest | L | T | | | | | |
| 55. -Houston Tex. Higher Ed Municipal Bonds | B | Interest | L | T | | | | | |
| 56. -BIF Tax Exempt | A | Dividend | L | T | | | | | |
| 57. -Waco Texas CTFS Oblig Municipal Bonds | B | Interest | L | T | | | | | |
| 58. Compass Bank | A | Interest | L | T | | | | | |
| 59. Northwestern Mutual EOL Life Ins | A | Dividend | J | T | | | | | |
| 60. Northwestern Mutual EOL Life Ins | A | Dividend | J | T | | | | | |
| 61. Northwestern Mutual Whole Life Ins | A | Dividend | J | T | | | | | |
| 62. Northwestern Mutual Whole Life Ins | C | Dividend | L | T | | | | | |
| 63. Northwestern Mutual Whole Life Ins | C | Dividend | L | T | | | | | |
| 64. Northwestern Mutual EOL Life Ins | C | Dividend | K | T | | | | | |
| 65. IRA Account #4 | A | Int./Div. | N | T | | | | | |
| 66. -Treasury Strips | | | | | | | | | |
| 67. -Capital Income BLDR | | | | | | | | | |
| 68. -American FDS Portfolio Growth and Index Fund | | | | | Buy | 08/12/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/6/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Apple | | | | | | | | | |
| 70. -Spdr Indus. | | | | | | | | | |
| 71. -Spdr Cons. STPL | | | | | | | | | |
| 72. -Spdr Energy | | | | | | | | | |
| 73. -Consumer Discretion - Select Sector SPDR FD | | | | | | | | | |
| 74. -Spdr Gold | | | | | | | | | |
| 75. -Vanguard Info | | | | | | | | | |
| 76. -WF Sweep | | | | | | | | | |
| 77. Brokerage Account #3 | | | | | | | | | |
| 78. -MS FT | A | Dividend | J | T | | | | | |
| 79. -WF Sweep | A | Dividend | J | T | | | | | |
| 80. -Cisco | A | Dividend | J | T | | | | | |
| 81. -Valero | A | Dividend | J | T | | | | | |
| 82. -Wells Fargo | A | Dividend | J | T | | | | | |
| 83. -Target | A | Dividend | J | T | | | | | |
| 84. -Kinder Morgan | A | Dividend | J | T | Buy | 08/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/6/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/6/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew S. Hanen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544